| | |
|---|---|
| **FORM 9A.** Notice of Related Case Information | **Form 9A (p. 1)**<br>**March 2023** |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### NOTICE OF RELATED CASE INFORMATION

**Case Number** 2025-1378

**Short Case Caption** Samsung Electronics Co., Ltd. v. Netlist, Inc.

**Filing Party/Entity** Samsung Electronics Co., Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

> [NEW] 1. In the Matter of Certain Dynamic Random Access Memory (DRAM) Devices, Products Containing the Same, and Components Thereof, Inv. No. 337-TA-3854 (USITC received Nov. 13, 2025) (U.S. Patent No. 10,268,608)
>
> [NEW] 2. Ex Parte Reexamination No. 90/015,449 (granted Nov. 21, 2025) (U.S. Patent No. 10,268,608)
>
> 3. Netlist, Inc. v. Samsung Electronics Co., Ltd. et al., No. 24-1521 (appeal of IPR2022-00711 (PTAB))
>
> 4. Netlist, Inc. v. Samsung Electronics Co., Ltd. et al., No. 2:22-cv-00293 (U.S. District Court, Eastern District of Texas)
>
> 5. Netlist, Inc. v. Micron Technology, Inc. et al., No. 1:22-cv-00136 (U.S. District Court, Western District of Texas)
>
> 6. Samsung Electronics Co., Ltd. et al. v. Netlist, Inc., No 1:21-cv-01453-RGA-JLH (U.S. District Court, District of Delaware)
>
> 7. Netlist, Inc. v. Samsung Electronics Co., Ltd., No. 8:20-cv-00993-MCS-ADS (U.S. District Court, Central District of California)

☐   Additional pages attached

FORM 9A. Notice of Related Case Information     Form 9A (p. 2)
                                                 March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

[NEW] Super Micro Computer, Inc.
Samsung Electronics Co., Ltd.
Samsung Electronics America, Inc.
Samsung Semiconductor, Inc.
Netlist, Inc.
Micron Technology Texas, LLC
Micron Semiconductor Products, Inc.
Micron Technology, Inc.
Google LLC
Alphabet Inc.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

[NEW] Andrew Koning – Koning Zollar LLP

[UPDATED] Richard M. Bemben, John Hylton, William Milliken, Daniel E. Yonan, Donald R. Banowit, Lauren A. Watt  – Sterne Kessler Goldstein & Fox PLLC

Andrea L. Fair, Charles Everingham – Ward, Smith & Hill PLLC

Jennifer H. Doan, Darby V. Doan, Mariah L. Hornok, Joshua R. Thane – Halton & Doan

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/24/2025     Signature: /s/ Michael Hawes

                     Name: Michael Hawes

Form 9A – Notice of Related Cases

3. Names of all law firms, partners, and associates in the cases listed above Cont'd:

Jack B. Blumenfeld, Rodger D. Smith – Morris, Nichols, Arsht & Tunnell LLP

Emily DiBenedetto, Karen E. Keller, Nathan R. Hoeschen – Shaw Keller LLP

Jason G. Sheasby, Alvin M. Ashley, Andrew J. Strabone, Andrew Henderson, Benjamin Monnin, Dion S. Toledo, David Z. Kahn, Ericka DiMeglio, Hong A. Zhong, Lisa S. Glasser, Michael D. Harbour, Michael W. Tezyan, Nora I. Chestney, Rebecca L. Carson, Stephen M. Payne, Thomas C. Werner, Yanan Zhao, Jonathan M. Lindsay, Anthony Q. Rowles, Philip J. Warrick, Dovid Z. Kahn, Ericka DiMeglio - Irell & Manella LLP

Kelly E. Farnan, Sarah M. Metzler – Richards, Layton & Finger, PA

Brooke M. Wallace, Jason C. Lo, Caroline K. Monroy, JungEun Lee, Matthew Benjamin, Raymond A. LaMagna, Richard J. Doren, Soolean Choy, Timothy P. Best, Marissa M. Mulligan – Gibson Dunn & Crutcher LLP

Ekwan E. Rhow, David I. Hurwitz, Jumin Lee, Kate S. Shin, Marc E. Masters – Bird, Marella, Rhow, Lincenberg, Drooks & Nessim LLP

Jennifer L. Truelove, Justin K. Truelove, Kevin L. Burgess, Samuel F. Baxter - McKool Smith P.C.

Alice J. Ahn, Brian R. Nester, Peter Swanson, Thomas Garten - Covington & Burling LLP

James T. Underwood, Melissa R. Smith - Gillian & Smith LLP

Amy R. Lucas, Anton Metlitsky, Anwar L. Graves, Daniel M. Petrocelli, Darin W. Snyder, Emilie W. Hamilton, Gerard A. Savaresse, Leah Godesky, Marc F. Feinstein, Marc J. Pensabene, Michael G. Yoder, Ryan K. Yagura - O'Melveny & Meyers LLP

Joseph R. O'Connor – Hogan Lovells US LLP

1

David A. Perlson, Deepa Achaarya, Elle Wang, Michael Trombetta – Quinn Emanuel Urquhart & Sullivan LLP

Joyce J. Choi – Kahana & Feld LLP

Jong-min Choi – Reed Smith LLP

Jared B. Bobrow – Orrick Herrington & Sutcliffe

David Folsom – Folsom ADR PLLC

Grant K. Schmidt, Jon B. Hyland – Hilgers Graben PLLC

Ruffin B. Cordell, Brian Livedalen, Daniel A. Tishman, Francis J. Albert, Karolina Jesien, Katherine Reardon, Lauren A. Degnan, Matthew Mosteller, Michael J. McKeon, Thomas H. Reger, Bryan J. Cannon, Christopher W. Dryer, James Lee Huguenin-Love, Jonathan B. Bright, Kathryn A. Quisenberry – Fish & Richardson PC

Thomas M. Melsheimer, Juan C. Yaquian, Matthew Hopkins, David P. Enzminger, Garrett C. Heller, Matthew R. McCullough, Michael R. Rueckheim, Katherine K. Vidal, Natalie L. Arbaugh, Rex A. Mann, Ryuk Park, Vivek V. Krishnan, William M. Logan, Aldo A. Badini, – Winston & Strawn LLP

J. Stephen Ravel, Kelly Ransom – Kelly Hart & Hallman LLP

Jamie K. Olin, Michael D. Ricketts, Rex Hwang, Ryan A. Hargrave, Sheetal S. Patel, Steven W. Hartsell, Paul J. Skiermont – Skiermont Derby LLP

Barry K. Shelton – Shelton Coburn LLP

Jack W. Hill – J. Wesley Hill, P.C.